■ PAULINE PAIGE, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 51530.) (Appeal No. 1.)—Judgment unanimously affirmed, with costs, on the opinion at the Court of Claims, Lengyel, J. (Appeal from judgment of Court of Claims—negligence.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Moule, JJ.

■ JAMES R. PAIGE, as Executor of the Last Will and Testament of BERNARD E. PAIGE, Deceased, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 51533.) (Appeal No. 2.)—Judgment unanimously affirmed on the opinion at the Court of Claims, Lengyel, J. (Appeal from judgment of Court of Claims—wrongful death.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Moule, JJ.